IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIMARZIO, INC.<br><br>　　　　　Defendant. | Case No. 6:23-cv-01345-DNH-ML |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.　Whereas Plaintiff Christopher Walters filed the above-referenced case against Defendant Dimarzio, Inc. on October 30, 2023.

2.　Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.　Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses his Complaint with prejudice.

Dated: February 12, 2024

Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiff Christopher Walters*

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 02-14-2024